AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**DEFENDANT - U.S.**
▶ FRANCISCO ACOSTA-ROJAS, a/k/a Ruben Carillo

**DISTRICT COURT NUMBER**
CR 07 0712 CRB

**PENALTY:**
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70649

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  TAREK HELOU

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶ 10/18/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED 07 NOV -8 PM 4:40  W. WIEKING  U.S. DISTRICT COURT

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

FRANCISCO ACOSTA-ROJAS
a/k/a Francisco Rojas-Acosta,
a/k/a Ruben Carrillo

**CR 07 — 0712**

**CRB**

DEFENDANT.

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

_____Indict_____
A true bill.

_____Bonnie O'Grady_____
Foreman

Filed in open court this _11/7/2007_ day of
_____L. Scott_____
Clerk

Bail, $ No process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

CR 07    0712

12  UNITED STATES OF AMERICA,       )   No.
                                    )
13           Plaintiff,             )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                    )   Reentry Following Deportation
14      v.                          )
                                    )
15  FRANCISCO ACOSTA-ROJAS,         )   SAN FRANCISCO VENUE
     a/k/a Francisco Rojas-Acosta,  )
16   a/k/a Ruben Carrillo,          )
                                    )
17           Defendant.             )
                                    )
18  _____     )

19                          INDICTMENT

20  The Grand Jury charges:

21      On or about July 2, 1977 and August 29, 2007, the defendant,

22                      FRANCISCO ACOSTA-ROJAS,
                         a/k/a Francisco Rojas-Acosta,
23                       a/k/a Ruben Carrillo,

24  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

25  October 18, 2007, was found in the Northern District of California, the Attorney General of the

26  United States and the Secretary for Homeland Security not having expressly consented to a re-

27  //

28  //

INDICTMENT

application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 11/08/07

A TRUE BILL.

Bonnie O'Grady
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

GREG W. LOWDER
Chief, Major Crimes Division

(Approved as to form: _____
AUSA HELOU

INDICTMENT