11/20/2007 02:33 PM EDT

Version 7.0

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000312 | | US V DURU | | | | | | | |
| 001 | VICTOR DURU | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611012641 | 0 | PR | 1,000.00 | 11/19/2007 |
| 001 | VICTOR DURU | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611011734 | 0 | PR | 10.00 | 10/23/2007 |

Division Payment Total   1,010.00

Grand Total   1,010.00

Page 1 of 1

*[Handwritten annotations: "CR 07-712", "$1,000.00 FINE PAID IN FULL ON 11-19-07"]*