11/20/2007 02:33 PM EDT

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | VICTOR DURU | DCAN307CR000312 US V DURU | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461101264l | 0 | PR | 1,000.00 | 11/19/2007 |
| 001 | VICTOR DURU | | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611011734 | 0 | PR | 10.00 | 10/23/2007 |

Division Payment Total  1,010.00

Grand Total  1,010.00

Page 1 of 1

*Handwritten annotations:*
CR 07-712
$1,000.00 FINE PAID IN FULL ON 11-19-07
10-19-07