SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-712-CRB |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| FRANCISCO ACOSTA-ROJAS,<br>    a/k/a Francisco Rojas-Acosta,<br>    a/k/a Ruben Carrillo, | |
|     Defendant. | |

    On November 19, 2007, the parties in this case appeared before the Court and stipulated that time from November 19, 2007 through December 12, 2007 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends

of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

    Respectfully submitted,
    SCOTT N. SCHOOLS
    United States Attorney

DATED: November 30, 2007            /s/
    TAREK J. HELOU
    Assistant United States Attorney

DATED: November 30, 2007            /s/
    RONALD TYLER
    Attorney for Defendant Francisco Acosta-Rojas

    As the Court found on November 19, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time from November 19, 2007 through December 12, 2007 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel. 18 U.S.C. §3161(h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____
    THE HONORABLE BERNARD ZIMMERMAN
    United States Magistrate Judge