**UNITED STATES DISTRICT COURT**          **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**       Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **December 12, 2007**

Reporter**: Catherine Edwards**

**Case No: CR-07-0712-CRB**                **DEFT: FRANCISCO ACOSTA-ROJAS**
                                           (X)Present

AUSA: _Tark Helou_          DEF ATTY: _Ron Tyler_
Spanish Interpreter: _Melinda Basker_

**REASON FOR HEARING**  Status Conference

**RESULT** Held.  Transcript to be furnished to counsel.


Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** January 16, 2008 @ 2:15p.m.  **for**  Status Conference


**JUDGMENT**


Notes: defendant remanded to custody