1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:     (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,           ) CR No. 07-712-CRB
                                         )
17 |       Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                         ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |    v.                               )
                                         )
19 | FRANCISCO ACOSTA-ROJAS,             )
        a/k/a Francisco Rojas-Acosta,    )
20      a/k/a Ruben Carrillo,            )
                                         )
21 |       Defendant.                    )
                                         )
22

23     On December 12, 2007, the parties in this case appeared before the Court and stipulated that

24 time from December 12, 2007 through January 16, 2008 should be excluded from Speedy Trial

25 Act calculations because defense counsel needs adequate time to review discovery, which the

26 government will produce.  The parties represented to the Court that the length of the requested

27 continuance was the reasonable amount of time necessary for effective preparation of counsel,

28 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties

1  also agreed that the ends of justice served by this continuance outweighed the best interests of the
2  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5
6                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
7
8  DATED: January 8, 2008                                         /s/
                                                           TAREK J. HELOU
9                                                          Assistant United States Attorney
10
11 DATED: January 8, 2008                                         /s/
                                                           RONALD TYLER
12                                                         Attorney for Defendant Francisco Acosta-Rojas
13
14     As the Court stated on December 12, 2007, and for the reasons identified above, the Court
15 finds that the ends of justice served by the requested continuance outweigh the best interests of
16 the public and the defendant in a speedy trial.  The Court also finds that time from December 12,
17 2007 through January 16, 2008 shall be excluded from Speedy Trial Act calculations for
18 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
19 requested continuance would deny counsel reasonable time necessary for effective preparation,
20 taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18
21 U.S.C. § 3161(h)(8)(B)(iv).
22
23 SO ORDERED.
24
25 DATED:_____
                                                           THE HONORABLE CHARLES R. BREYER
26                                                         United States District Judge
27
28