1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                         SAN FRANCISCO DIVISION
15
16 | UNITED STATES OF AMERICA,            ) CR No. 07-712-CRB
                                          )
17 |        Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER
                                          ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |        v.                            )
                                          )
19 | FRANCISCO ACOSTA-ROJAS,              )
          a/k/a Francisco Rojas-Acosta,   )
20        a/k/a Ruben Carrillo,           )
                                          )
21 |        Defendant.                    )
                                          )
22

23     On December 12, 2007, the parties in this case appeared before the Court and stipulated that

24 time from December 12, 2007 through January 16, 2008 should be excluded from Speedy Trial

25 Act calculations because defense counsel needs adequate time to review discovery, which the

26 government will produce.  The parties represented to the Court that the length of the requested

27 continuance was the reasonable amount of time necessary for effective preparation of counsel,

28 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties

Stipulation and [Proposed] Order Excluding Time
CR 07-712-CRB                                                                                          1

1  also agreed that the ends of justice served by this continuance outweighed the best interests of the
2  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney


8  DATED: January 8, 2008                           /s/
                                                    TAREK J. HELOU
                                                    Assistant United States Attorney


11 DATED: January 8, 2008                           /s/
                                                    RONALD TYLER
                                                    Attorney for Defendant Francisco Acosta-Rojas


14     As the Court stated on December 12, 2007, and for the reasons identified above, the Court
15 finds that the ends of justice served by the requested continuance outweigh the best interests of
16 the public and the defendant in a speedy trial.  The Court also finds that time from December 12,
17 2007 through January 16, 2008 shall be excluded from Speedy Trial Act calculations for
18 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
19 requested continuance would deny counsel reasonable time necessary for effective preparation,
20 taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18
21 U.S.C. § 3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED:  Jan. 09, 2008

                                                    THE HONORABLE CHARLES R. BREYER
                                                    United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)