**UNITED STATES DISTRICT COURT**          **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**       Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **January 16, 2008**

Reporter**: Kelly Bryce**

**Case No:** **CR-07-0712-CRB**          **DEFT:** **FRANCISCO ACOSTA-ROJAS**
                                              (X)Present

AUSA:  Tarik Helou          DEF ATTY:  Ron Tyler
Interpreter:  Melinda Basker

**REASON FOR HEARING** Status Conference

**RESULT** Held; government to furnish the court with the defendant's rap sheet.  Time excluded

from 1/16/2008 to 2/13/2008.   Counsel to confer on a resolution of this matter.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to
be waived.

**Case Continued to** February 13, 2008 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes:   Defendant remanded to custody