| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **February 13, 2008**

Reporter**: Connie Kuhl**

| | |
|---|---|
| **Case No: CR-07-0712-CRB** | **DEFT:**   FRANCISCO ACOSTA-ROJAS<br>             (X)Present |
| AUSA:  Tarek Helou<br>Interpreter:  Melinda Basker | DEF ATTY:  Ron Tyler |

**REASON FOR HEARING**   Status Conference

**RESULT** Held, Defense request a competency evaluation, examination to be taken within thirty (30) days. Counsel to prepare the order re examination for the Court's entry.  Time excluded from 2/13/2008 to 3/19/2008

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** March 19, 2008 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes:   Defendant remanded to custody