BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANCISCO ACOSTA-ROJAS, ) <br> ) <br> Defendant, ) <br> ) | No. CR 07-0712 CRB <br><br> **SUBMISSION RE: PROPOSED ORDER FOR EXAMINATION AND HEARING UNDER 18 USC SECTION 4241** |

On February 13, 2008, this matter came before the Court for a status conference. Defense counsel orally moved for an examination and hearing under 18 U.S.C. § 4241 (a) based on his assessment that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241 (a). The Court requested that defense counsel provide a proposed order, which is filed herewith.

//

//

Submission Re: Proposed Order for 18 USC 4241
Psychiatric Examination
*U.S. v. Acosta-Rojas*, CR 07-0712 CRB                    1

1 | Dated: February 26, 2008

2 |         Respectfully submitted,

3 |         BARRY J. PORTMAN
    Federal Public Defender

4 |         /s/

5 |

6 |         RONALD C. TYLER
    Assistant Federal Public Defender

Submission Re: Proposed Order for 18 USC 4241
Psychiatric Examination
*U.S. v. Acosta-Rojas*, CR 07-0712 CRB     2