1

2

3

4

5

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,                )   No. CR 07-0712 CRB
                                             )
        Plaintiff,                           )
11                                           )
                                             )   ORDER FOR LOCAL PSYCHIATRIC
12  vs.                                      )   EXAMINATION (18 U.S.C. § 4241 (a))
                                             )
    FRANCISCO ACOSTA-ROJAS,                  )
13                                           )
    Defendant.                               )
14                                           )
                                             )
15  _____ )

16      On February 13, 2008, this matter came before the Court for a status conference.  The Court

17  finds that, based on matters set forth on the record at the hearing, there is reasonable cause to believe

18  that the defendant may presently be suffering from a mental disease or defect rendering him mentally

19  incompetent to the extent that he is unable to understand the nature and consequences of the

20  proceedings against him or to assist properly in his defense.  18 U.S.C. § 4241 (a).

21      IT IS HEREBY ORDERED that a psychiatric or psychological examination be conducted at a

22  suitable facility by a licensed or certified psychiatrist or psychologist in order to determine the

23  defendant's mental competency pursuant to Title 18 U.S.C. Sections 4241(a) and 4247.  Unless

24  impracticable, the examination shall be conducted at a local facility, or at such suitable facility

25  closest to the court.

26

ORDER FOR LOCAL 18 USC 4241
PSYCHIATRIC EXAMINATION
*U.S. v. Acosta-Rojas*, CR 07-0712 CRB

1    Pursuant to Section 4247(b), the period of examination of the defendant shall not exceed

2    thirty days, unless the director of the facility applies for an extension, as permitted under the statute.

3    IT IS FURTHER ORDERED THAT the examining psychiatrists or psychologists prepare a

4    report to be filed with the Court as soon as reasonably possible after the examination.  Copies of the

5    report shall be provided to counsel for Mr. Acosta-Rojas and to counsel for the Government.  The

6    report shall include:

7    (1) the defendant's history and present symptoms;

8    (2) a description of the psychiatric, psychological, and medical tests that were employed and

9    their results;

10    (3) the examiner's findings; and

11    (4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering

12    from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to

13    understand the nature and consequences of the proceedings against him or to assist properly in his

14    defense.  18 U.S.C. § 4247 (c).

15

16    IT IS SO ORDERED.

17

18    DATED:
                                    _____
19                                   CHARLES R. BREYER
                                     UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26

ORDER FOR LOCAL 18 USC 4241
PSYCHIATRIC EXAMINATION
*U.S. v. Acosta-Rojas*, CR 07-0712 CRB          - 2 -