1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0712 CRB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR LOCAL PSYCHIATRIC |
| | ) | EXAMINATION (18 U.S.C. § 4241 (a)) |
| FRANCISCO ACOSTA-ROJAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 13, 2008, this matter came before the Court for a status conference. The Court finds that, based on matters set forth on the record at the hearing, there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241 (a).

IT IS HEREBY ORDERED that a psychiatric or psychological examination be conducted at a suitable facility by a licensed or certified psychiatrist or psychologist in order to determine the defendant's mental competency pursuant to Title 18 U.S.C. Sections 4241(a) and 4247. Unless impracticable, the examination shall be conducted at a local facility, or at such suitable facility closest to the court.

ORDER FOR LOCAL 18 USC 4241
PSYCHIATRIC EXAMINATION
*U.S. v. Acosta-Rojas*, CR 07-0712 CRB

1   Pursuant to Section 4247(b), the period of examination of the defendant shall not exceed
2   thirty days, unless the director of the facility applies for an extension, as permitted under the statute.
3   IT IS FURTHER ORDERED THAT the examining psychiatrists or psychologists prepare a
4   report to be filed with the Court as soon as reasonably possible after the examination. Copies of the
5   report shall be provided to counsel for Mr. Acosta-Rojas and to counsel for the Government. The
6   report shall include:
7   (1) the defendant's history and present symptoms;
8   (2) a description of the psychiatric, psychological, and medical tests that were employed and
9   their results;
10  (3) the examiner's findings; and
11  (4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering
12  from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to
13  understand the nature and consequences of the proceedings against him or to assist properly in his
14  defense. 18 U.S.C. § 4247 (c).

16  IT IS SO ORDERED.

    DATED: March 03, 2008



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE