JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO ACOSTA-ROJAS, ) <br>   a/k/a Francisco Rojas-Acosta, ) <br>   a/k/a Ruben Carrillo, ) <br> ) <br> Defendant. ) <br> ) | CR No. 07-712-CRB <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

    On January 16, 2008, the parties in this case appeared before the Court and stipulated that time from January 16, 2008 through February 13, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needed adequate time to review discovery and the parties needed adequate time to conduct plea negotiations. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. §

3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Furthermore, on February 13, 2008, the parties in this case appeared before the Court and stipulated that time from February 13, 2008 through March 19, 2008 should be excluded from Speedy Trial Act calculations because the Court ordered an examination to determine the defendant's mental competency.  18 U.S.C. § 3161(h)(1)(A).

SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: February 29, 2008                          /s/
                                    TAREK J. HELOU
                                    Assistant United States Attorney

DATED: February 29, 2008                          /s/
                                    RONALD TYLER
                                    Attorney for Defendant Francisco Acosta-Rojas

As the Court stated on January 16, 2008, and for the reasons identified above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from January 16, 2008 through February 13, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

Furthermore, as the Court stated on February 13, 2008, and for the reasons identified above, the Court finds that time from February 13, 2008 through March 19, 2008 should be excluded

1  from Speedy Trial Act calculations because the Court ordered an examination to determine the
2  defendant's mental competency.  18 U.S.C. § 3161(h)(1)(A).

4  SO ORDERED.

6  DATED:_ March 3, 2008 _



THE HONORABLE CHARLES R. BREYER
United States District Judge