

RECEIVED MAY 1 4 2008

**U. S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

---

535 N. Alameda Street
Los Angeles, CA  90012

May 6, 2008

FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
HERN DISTRICT OF CALIFORNIA

The Honorable Charles R. Breyer
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Acosta-Rojas, Francisco
    Reg. No.: 90523-111
    Case No.: CR-07-0712 CRB

Dear Judge Breyer:

In accordance with your court order dated March 3, 2008, Mr. Acosta-Rojas has been committed to the Metropolitan Detention Center, Los Angeles, California, for a period of study to determine his competency to stand trial pursuant to 18 U.S.C., Section 4241. Due to a high volume of forensic cases designated to the Metropolitan Detention Center, the study period would end on June 16, 2008. The evaluation will be sent on or before June 30, 2008.

If the Court has questions or comments regarding the evaluation, please contact Dr. Ralph Ihle at (213) 485-0439, ext. 5437. If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Michael L. Benov
Warden