

RECEIVED JUL 3 0 2008

**U. S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Detention Center*

535 N. Alameda Street
Los Angeles, CA 90012

July 23, 2008

The Honorable Charles R. Breyer
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**

JUL 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Acosta-Rojas, Francisco
   Reg. No.: 90523-111
   Case No.: CR-07-0712 CRB

Dear Judge Breyer:

Mr. Acosta-Rojas has been committed to the Metropolitan Detention Center, Los Angeles, California, for a period of study to determine his competency to stand trial pursuant to 18 U.S.C., Section 4241. Due to unforseen circumstances and a high volume of cases, the completion of the report has been delayed. In revising report completion estimates, it is anticipated that the report on the above captioned case will be completed by July 31, 2008.

If the Court has questions or comments regarding the evaluation, please contact Dr. Ralph Ihle at (213) 485-0439, ext. 5437. If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

/s/Michael L. Benov
Michael L. Benov
Warden